UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 0:11-md-02249 (DWF/SER) |
| PJC LOGISTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>A. DUIE PYLE, INC., AMERIQUEST TRANSPORTATION SERVICES, INC.; AUSCOR TRANSPORTATION SERVICES; CARRIER INDUSTRIES INC.; EASTERN FREIGHT WAYS, INC,.; FEDEX GROUND PACKAGE SYSTEM, INC.; USA TRUCK, LLC; GE ENERGY, LLC; GLEN MOORE; GNC CORPORATION; GREAT AMERICAN LINES, INC.; HERMANN SERVICES, INC.; J.A. TRUCKING, INC.; LOGISTICS ONE, INC.; NEW CENTURY TRANSPORTAITON, LLC; NEW ENGLAND MOTOR FREIGHT, INC.; NEW PENN MOTOR EXPRESS, INC.; NFI INDUSTRIES, INC.; PRAXAIR, INC.; SHEVELL GROUP; U.S. EXPRESS, INC.; and WARD TRUCKING, LLC,<br><br>Defendants. | Case No.: 0:11-cv-02549-DWF-SER<br><br>**NOTICE OF APPEARANCE** |

  The undersigned attorney hereby notifies the Court and counsel that Maslon Edelman Borman & Brand, LLP shall appear as counsel of record for Defendant Great American Lines, Inc. in the above-referenced matter.

Dated:  September 20, 2011     **MASLON EDELMAN BORMAN & BRAND, LLP**

               By:  s/ Justin H. Perl
                   Justin H. Perl (MN #: 151397)
             3300 Wells Fargo Center
             90 South Seventh Street
             Minneapolis, MN 55402
             Telephone:   (612) 672-8200
             Facsimile:    (612) 672-8397
             E-Mail:  Justin.Perl@maslon.com

             **Attorneys for Defendant Great American Lines, Inc.**