**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | |
| Plaintiff | : : | |
| vs. | : : | Case No. 0:11-cv-02549-DWF-SER |
| A. DUIE PYLE, INC., et al, | : : | (Transferred from the District of Delaware, Civil Action No.  1:11-cv-00231-LDD) |
| Defendants. | : : : | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**
**OF PRAXAIR, INC.**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Praxair, Inc. has not yet answered the Complaint.  Accordingly, PJC Logistics voluntarily dismisses Praxair, Inc. without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted, September 26, 2011.

By:     _/s/ Steven R. Daniels_____
Steven R. Daniels
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX  78626
Telephone: (512) 582-2820
E-mail: sdaniels@farneydaniels.com

AND

Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

AND

R. Mark Dietz
rmdietz@lawdietz.com
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314

*Attorneys for Plaintiff PJC Logistics LLC*