# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>A. DUIE PYLE, INC., *et al.*,<br><br>　　　　　　Defendants. | **Case No. 0:11-cv-02549-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF GLEN MOORE WITH PREJUDICE** |

　　Plaintiff PJC Logistics, LLC hereby dismisses Defendant Glen Moore with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 21, 2011.

　　　　　　　　　　　　　　　　　　　　*/s/ Steven R. Daniels*
　　　　　　　　　　　　　　　　　　　　Steven R. Daniels
　　　　　　　　　　　　　　　　　　　　(Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Farney Daniels LLP
　　　　　　　　　　　　　　　　　　　　800 S. Austin Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　Georgetown, TX 78626-5845
　　　　　　　　　　　　　　　　　　　　Telephone: 512-582-2820
　　　　　　　　　　　　　　　　　　　　Facsimile: 512-733-3623
　　　　　　　　　　　　　　　　　　　　sdaniels@farneydaniels.com

　　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**
　　　　　　　　　　　　　　　　　　　　**PJC Logistics, LLC**

1