# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| PJC LOGISTICS, LLC, | **NOTICE OF APPEARANCE** |
| Plaintiff(s) | Case No:   11-cv-2549-DWF-SER |
| v. | |
| A. DUIE PYLE, INC., *et al.* | |
| Defendant(s) | |

The undersigned attorney hereby notifies the Court and counsel that William E. Bradley shall appear as counsel of record for Defendant NFI Industries, Inc. in this case.

Dated: 10/31/11

William E. Bradley
ROYLANCE, ABRAMS, BERDO
& GOODMAN, LLP
1300 19th Street, NW
Suite 600
Washington, DC 20036
(202) 659-9076
wbradley@roylance.com

**Attorneys for NFI Industries, Inc.**