UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 |
| PJC LOGISTICS, LLC,<br><br>                         Plaintiff,<br><br>v.<br><br>A. DUIE PYLE, INC., *et al.*,<br><br>                         Defendants. | No. 11-cv-2549 (DWF/SER) |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), Douglas J. Williams, Felicia J. Boyd, Niall A. MacLeod, Aaron A. Myers, Thomas C. Grimm, Rodger D. Smith II, Evan R. Chesler, Keith R. Hummel and James E. Canning hereby withdraw as counsel for defendants FedEx Ground Package System, Inc., New Century Transportation LLC, New Penn Motor Express, Inc. and NFI Industries, Inc.  FedEx Ground Package System, Inc. will continue to be represented by Ronn B. Kreps.  New Century Transportation LLC will continue to be represented by Michael E. Florey.  New Penn Motor Express, Inc. will continue to be represented by Laura J. Borst, Roy Lo and James W. Repass.  NFI Industries, Inc. will continue to be represented by William E. Bradley and Alfred N. Goodman.

Dated: November 9, 2011

BARNES & THORNBURG LLP,

s/ Douglas J. Williams
Douglas J. Williams (#117353)
Felicia J. Boyd (#186168)
Niall A. MacLeod (#269281)
Aaron A. Myers (#311959)
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402-4661
doug.williams@btlaw.com
felicia.boyd@btlaw.com
niall.macleod@btlaw.com
aaron.myers@btlaw.com
(612) 333-2111

OF COUNSEL:

Evan R. Chesler
Keith R. Hummel
James E. Canning
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
echesler@cravath.com
khummel@cravath.com
jcanning@cravath.com
(212) 474-1000

*Attorneys for Defendants FedEx Ground Package System, Inc., New Century Transportation LLC, New Penn Motor Express, Inc. and NFI Industries, Inc.*

2