# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>A. DUIE PYLE, INC., *et al,*<br><br>            Defendants. | Case No. 0:11-cv-02549-DWF-SER<br><br>(Transferred from District Court of Delaware, Civil Action No. 1:11-cv-00231-LDD) |

## NOTICE OF DISMISSAL OF GE ENERGY, LLC WITHOUT PREJUDICE

Plaintiff PJC Logistics, LLC hereby dismisses Defendant GE Energy, LLC without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant GE Energy, LLC has not yet answered the complaint. Accordingly, PJC Logistics, LLC voluntarily dismisses GE Energy, LLC without prejudice pursuant to Rule 41(a)(1)(A)(i).

                                                                Respectfully submitted,

Dated: December 7, 2011                                 */s/ Steven R. Daniels*
                                                                 Steven R. Daniels
                                                                 (Admitted *Pro Hac Vice*)
                                                                  Texas State Bar No. 24025318
                                                                 Farney Daniels LLP
                                                                 800 S. Austin Ave., Suite 200
                                                                 Georgetown, TX 78626
                                                                 Telephone: (512) 582-2828
                                                                 Facsimile: (512) 582-2829
                                                                 E-mail: sdaniels@farneydaniels.com

2

Patrick G. Burns
Jeana R. Lervick
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tel: (312) 360-0080
Fax: (312) 360-9315

*Attorneys for Plaintiff PJC Logistics, LLC*