## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to All Actions | **NOTICE REGARDING DECEMBER 15, 2011 PRETRIAL HEARING** |

The Court will hold the first Pretrial Conference in this matter on Thursday, December 15, 2011, at 2 p.m., Courtroom 7C, St. Paul, Minnesota. The final Agenda for the Pretrial Conference will be filed on CM/ECF prior to the call. Defendants who are not able to travel to St. Paul for the hearing may request to participate via telephone by contacting Brenda Schaffer, Calendar Clerk to the Honorable Donovan W. Frank, at 651-848-1296 or Brenda_Schaffer@mnd.uscourts.gov.

Dated:  December 12, 2011                    s/Brenda Schaffer
                                             BRENDA SCHAFFER
                                             Calendar Clerk to
                                             Honorable Donovan W. Frank