## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION<br><br>_____<br><br>This Document Relates to All Actions<br>_____ | MDL No. 11-2249 (DWF/SER) |

## NOTICE OF AGENDA FOR PRETRIAL HEARING

The parties should be prepared to discuss the following items during the Pretrial Hearing on December 15, 2011:

1. Number and status of cases transferred into the MDL

    a. Inclusion of "Car Manufacturer" Cases

2. Records of *Mansell, et al. v. Ratheon, et al.* on the patent-in-suit in the Northern District of Texas

3. Uniform positions on validity and claim construction, the number of sets of discovery requests, and the number of depositions per witness

4. Timing and sequence of discovery

5. Timing and sequence of claim construction

6. Stipulated Protective Order

7. Timing and sequence of motion practice

    a. Motions to amend/add parties

    b. Nondispositive motions

    c. Dispositive motions

8. ADR

9. Scheduling of next status conference

10. Preliminary motions

11. Lead Counsel issues