# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 2249 |
| PJC LOGISTICS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>A. DUIE PYLE, INC.; AMERIQUEST TRANSPORTATION SERVICES, INC.; AUSCOR TRANSPORTATION SERVICES; CARRIER INDUSTRIES INC.; EASTERN FREIGHT WAYS, INC.; FEDEX GROUND PACKAGE SYSTEM, INC.; USA TRUCK, LLC; GE ENERGY, LLC; GLEN MOORE; GNC CORPORATION; GREAT AMERICAN LINES, INC.; HERMANN SERVICES, INC.; J.A. TRUCKING, INC.; LOGISTICS ONE, INC.; NEW CENTURY TRANSPORTATION, LLC; NEW ENGLAND MOTOR FREIGHT, INC.; NEW PENN MOTOR EXPRESS, INC.; NFI INDUSTRIES, INC.; PRAXAIR, INC.; SHEVELL GROUP; U.S. EXPRESS, INC.; and WARD TRUCKING, LLC,<br><br>Defendants. | Case No.: 0:11-cv-02549-DWF-SER<br><br>Transferred from the United States District Court for the District of Delaware,<br>Case No. 1:11-cv-00231-LDD<br><br>**JURY DEMAND** |

## **NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that Michael E. Florey, shall appear as counsel of record for Defendant FEDEX GROUND PACKAGE SYSTEM, INC. in this case.

1

| | |
|---|---|
| Dated: December 14, 2011 | /s/ Michael E. Florey |
| | Michael E. Florey (#214322) |
| | FISH & RICHARDSON P.C. |
| | 3200 RBC Plaza |
| | 60 South 6th Street |
| | Minneapolis, MN 55402 |
| | Ph: 612-335-5070 |
| | Fax: 612-288-9696 |
| | florey@fr.com |
| | |
| | **Attorneys for Defendant** |
| | **FEDEX GROUND PACKAGE SYSTEM, INC.** |
| 60741832.doc | |