IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC, | |
| Plaintiff | |
| v. | Civil Case No. 11-cv-2549 |
| A. DUIE PYLE, INC., *et al.* | **JURY TRIAL DEMANDED** |
| Defendants. | |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), William E. Bradley hereby withdraws as counsel for Defendant NFI Industries, Inc.  NFI Industries, Inc. will continue to be represented by Steven G. Hill.

Dated:  January 25, 2012

/s/ William E. Bradley
William E. Bradley
463695 DC
ROYLANCE, ABRAMS, BERDO & GOODMAN, LLP
1300 19th Street, NW
Suite 600
Washington, DC 20036
(202) 659-9076
wbradley@roylance.com

**Attorney for NFI Industries, Inc.**