UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 2249 |
| PJC LOGISTICS, LLC, <br><br>     Plaintiff, <br><br> vs. <br><br> A. DUIE PYLE, INC., *et al*, <br><br>     Defendants. | Case No.: 0:11-cv-02549-DWF-SER <br><br> Transferred from the United States District Court for the District of Delaware, <br> Case No. 1:11-cv-00231-LDD <br><br> **JURY DEMAND** |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that David A. Gerasimow shall appear as counsel of record for Defendant FEDEX GROUND PACKAGE SYSTEM, INC. in this case.

Dated:  January 31, 2012          /s/David A. Gerasimow
David A. Gerasimow (#0389309)

FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Ph:  612-335-5070
Fax:  612-288-9696
gerasimow@fr.com

**Attorneys for Defendant**
**FEDEX GROUND PACKAGE SYSTEM, INC.**

60750333.doc

1