**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC, | Case No. 0:11-cv-02549-DWF-SER |
| Plaintiff, | (Transferred from District of Delaware, Civil Action No. 1:11-cv-00231-LDD) |
| vs. | |
| A. DUIE PYLE INC., *et al.*, | **STIPULATION FOR DISMISSAL OF NEW PENN MOTOR EXPRESS, INC. WITHOUT PREJUDICE** |
| Defendants. | |

Plaintiff PJC Logistics, LLC and Defendant New Penn Motor Express, Inc. hereby stipulate to the dismissal without prejudice of all claims against Defendant New Penn Motor Express, Inc. and against Plaintiff PJC Logistics, LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, PJC Logistics, LLC voluntarily dismisses New Penn Motor Express, Inc. and New Penn Motor Express, Inc. voluntarily dismisses PJC Logistics, LLC without prejudice by this stipulation, pursuant to Rule 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: __February 28, 2012__     /s/ *Steven R. Daniels*
Steven R. Daniels
(Admitted *Pro Hac Vice*)
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2828
Facsimile:  (512) 582-2829
E-mail: sdaniels@farneydaniels.com
**ATTORNEYS FOR PLAINTIFF
PJC LOGISTICS, LLC**

1

2

Dated:  February 28, 2012                          /s/ *Laura J. Borst*
                                                   Laura J. Borst (Minnesota State Bar 032548X)
                                                   lborst@fulbright.com
                                                   Roy Lo (Minnesota State Bar 0391615)
                                                   rlo@fulbright.com
                                                   Fulbright & Jaworski, L.L.P.
                                                   2100 IDS Center
                                                   80 South Eighth Street
                                                   Minneapolis, MN 55402-2112
                                                   (612) 321- 2800

                                                   OF COUNSEL:
                                                   James W. Repass
                                                   Fulbright & Jaworski, L.L.P.
                                                   1301 McKinney, Suite 5100
                                                   Houston, Texas 77010
                                                   (713) 651-5151
                                                   jrepass@fulbright.com

                                                   **Attorneys for Defendant**
                                                   **New Penn Motor Express, Inc.**