UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 2249 |
| PJC LOGISTICS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> A. DUIE PYLE, INC., et al, <br><br> Defendants. | Case No.: 0:11-cv-02549-DWF-SER <br><br> Transferred from the United States District Court for the District of Delaware, <br> Case No. 1:11-cv-00231- LDD |

**NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that David A. Gerasimow shall appear as counsel of record for EASTERN FREIGHT WAYS, INC., NEW CENTURY TRANSPORTATION, LLC, and WARD TRUCKING, LLC in this case.

Dated:  March 21, 2012

/s/ David A. Gerasimow
David A. Gerasimow (#0389309)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Ph:  612-335-5070
Fax:  612-288-9696
gerasimow@fr.com

**Attorneys for Defendants
EASTERN FREIGHT WAYS, INC.
NEW CENTURY TRANSPORTATION, LLC
WARD TRUCKING, LLC**

60759495.doc

1